UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20085-ALTONAGA

UNITED STATES OF AMERICA

vs.

OSLANIR DELISLE, et al.,
      Defendant.
_____/

## GOVERNMENT'S SECOND RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this second response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.
    5.    The attachments to this discovery response consist of forensic examination of electronics taken at the time of arrest of the defendants.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.   This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

(This space intentionally left blank.)

The attachments to this response are contained on a flash drives (Delisle and Gonzalez) and included on the hard drive with initial discovery for counsel for Lovett. Please contact the undersigned Assistant United States Attorney if any pages are missing.

        Respectfully submitted,
        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By: /s/Monique Botero
     MONIQUE BOTERO
     Assistant United States Attorney
     Florida Bar No. 722286
     United States Attorney's Office -SDFL
     99 N.E. 4th Street
     Miami, Florida 33132
     Tel: (305) 961-9010
     Email: Monique.Botero@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 2nd day of May, 2022, to:

*Counsel for Delilse*
Roy J. Kahn
420 S. Dixie Highway, Suite 4b
Coral Gables, FL 33146

*Counsel for Lovett*
Samuel Rabin, Esq.
SunTrust International Center
One SE Third Ave., Suite 2600
Miami, FL 33131-1715

*Counsel for Duran Gonzalez*
Israel Encinosa, Esq.
9100 S. Dadeland Blvd., Suite 1500
Miami, FL 33156

/s/Monique Botero
MONIQUE BOTERO
Assistant United States Attorney